FILED
December 6, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      MR
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>JAVOR MCCOY<br><br>Defendant | Case No: SA:23-CR-00630-XR<br><br>**INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 1028(a)(2) – Identity Theft;<br><br>COUNT 2: 18 U.S.C. § 1001(a)(3) – False Document;<br><br>COUNT 3: 18 U.S.C. § 1028A – Aggravated Identity Theft. |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Identity Theft
[18 U.S.C. § 1028(a)(2)]

On or about November 28, 2023, in the Western District of Texas, the Northern District of Texas, and elsewhere, Defendant,

**(1) JAVOR MCCOY,**

did knowingly transfer an identification document, authentication feature, or false identification document knowing that such document or feature was stolen or produced without lawful authority, to wit, a criminal summons to appear on Western District of Texas indictment SA22-CR-460 with the false and fraudulent electronic signature of a United States magistrate judge and the false and fraudulent file stamp of the Clerk of the Western District of Texas.

All in violation of Title 18, United States Code, Section 1028(a)(2).

1

**COUNT TWO**
**False Document**
**[18 U.S.C. § 1001(a)(3)]**

On or about November 28, 2023, in the Western District of Texas, the Northern District of Texas, and elsewhere, Defendant,

**(1) JAVOR MCCOY,**

did knowingly and willfully make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the Executive and Judicial Branches of the Government of the United States, by creating and sending a criminal summons to appear on Western District of Texas indictment SA22-CR-460 which had been altered with a fraudulent date of appearance, knowing and believing that the criminal summons had not actually been signed or created by the United States magistrate judge whose electronic signature appeared on the summons or the Clerk for the Western District of Texas whose stamp appeared on the summons.

All in violation of Title 18, United States code, Section 1001(a)(3).

**COUNT THREE**
**Aggravated Identity Theft**
**[18 U.S.C. § 1028A]**

On or about November 28, 2023, in the Western District of Texas, the Northern District of Texas, and elsewhere, Defendant,

**(1) JAVOR MCCOY,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the electronic signature of a United States magistrate judge and the file stamp of the Clerk of the Western District of Texas, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, the violation of 18 U.S.C. § 1028(a)(2) charged in

Count One of this Indictment, and the violation of 18 U.S.C. § 1001(a)(3) charged in Count Two of this Indictment, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: 
FOR JUSTIN CHUNG
Assistant United States Attorney